**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Jason Farrel Bradley,<br><br>　　　　Defendant. | CR08-00250-001-PCT-MEA<br><br>**ORDER** |

　　　　The defendant appeared in court with counsel on May 7, 2009. The defendant's probable cause hearing and detention hearing were waived by defendant through defense counsel. Defendant admitted allegation C and paragraph two of allegation D of the petition.

　　　　IT IS ORDERED that the defendant is detained as flight risk and danger, pending disposition. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

　　　　DATED this 12th day of May, 2009.

_____
Mark E. Aspey
United States Magistrate Judge