**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>              Plaintiff,         )<br>                                   )<br>vs.                                )<br>                                   )<br>Jason Farrel Bradley,              )<br>              Defendant.           )<br>_____) | CR08-00250-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court on May 7, 2009 and admitted to violating the conditions of probation as set forth in allegations C and Paragraph two of allegation D of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation for the term of **TWENTY FOUR (24) MONTHS** to commence on May 14, 2009 and subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that allegations A, B and D(1) are DISMISSED upon oral motion of the United States.

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 14th day of May, 2009.

_____
Mark E. Aspey
United States Magistrate Judge